# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | No. 09-07306 |
| THREE RIVERS OF RUTHERFORD, LLC, ) | |
| ) | **Chapter 11** |
| Debtor. ) | |

## AGREED ORDER CONTINUING FINAL HEARING ON MOTION
## OF NEW SOUTH FEDERAL SAVINGS BANK FOR RELIEF FROM STAY
## AND ABANDONMENT OR FOR ADEQUATE PROTECTION

It appearing to the Court, based on the signatures below of counsel for the Debtor and New South Federal Savings Bank ("New South"), that the Debtor and New South have agreed to continue the final hearing on the Motion of New South for relief from the automatic stay and abandonment or for adequate protection (the "Motion"), the Court hereby **ORDERS** that the final hearing on the Motion is hereby continued from its current setting of Tuesday, November 10, 2009, and that the final hearing on the Motion will occur on Tuesday, December 15, 2009, at 9:00 a.m. in Courtroom 3, United States Bankruptcy Court, 701 Broadway, Nashville, Tennessee 37203.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

Respectfully submitted,

/s/ Austin L. McMullen
Austin L. McMullen (No. 20877)
BRADLEY ARANT BOULT CUMMINGS, LLP
1600 Division Street, Suite 700
P. O. Box 340025
Nashville, Tennessee 37203
Phone: (615) 252-2307
Fax: (615) 252-6307
AMcMullen@BABC.com

*Attorneys for New South Federal Savings Bank*

/s/ Paul E. Jennings
Paul E. Jennings (No. 4033)
3 Jefferson Sq.
805 S Church St., Ste. 3
Murfreesboro, TN 37130-4968
Phone: 615-895-7200
Fax: 615-895-7294
paulejennings@bellsouth.net

*Attorneys for Debtor*

2233607 v1
109599-014  11/03/09

- 2 -

Case 3:09-bk-07306   Doc 38   Filed 11/03/09   Entered 11/03/09 15:55:43   Desc Main
Document      Page 2 of 2